1  SEYFARTH SHAW LLP
   Kurt A. Kappes (SBN 146384)
2  Kristine K. Blanco (SBN: 214250)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendants Archer Daniels Midland Company;
   ADM Milling Company; ADM Edible Bean Specialties, Inc.;
6  ADM Corn Processing

7

8              UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| BNSF Railway Company | Case No. 1:05-cv-00135-AWI-DLB |
| Plaintiff, | **STIPULATION TO EXTEND DISCOVERY DEADLINES, REQUEST FOR FURTHER STATUS CONFERENCE, AND ORDER THEREON** |
| v. | |
| ARCHER DANIELS MIDLAND COMPANY; ADM MILLING COMPANY; ADM EDIBLE BEAN SPECIALTIES, INC.; ADM CORN PROCESSING, and Roes 1-5, inclusive | |
| Defendants. | |

17   This case involves a variety of billing issues in a variety of locations, the settlement of
18 which is time-consuming and complex.
19   In light of the significant progress the parties have made, and are continuing to make, in
20 settlement discussions in the above matter, the parties hereby stipulate to extend certain
21 deadlines for discovery as set forth in the attached letter dated June 22, 2005.
22   BNSF's responses to ADM's outstanding discovery are now due on September 28, 2005.
23 The 30(b)(6) deposition of ADM is continued to October 5, 2005.  ADM's responses to BNSF's
24 outstanding discovery are now due on October 13, 2005.
25   The parties further stipulate that all discovery will be stayed until September 28, 2005.
26 ///
27 ///
28

1  The parties request that this case be set for a further scheduling conference (telephonic) in
2  October, 2005.

3  DATED: July 12, 2005                              SEYFARTH SHAW LLP

5                                                    By_____/S/ Kurt A. Kappes_____
                                                          Kurt A. Kappes
6                                                    Attorneys for Defendants Archer Daniels
                                                     Midland Company; ADM Milling
7                                                    Company; ADM Edible Bean Specialties,
                                                     Inc.; ADM Corn Processing
8
   DATED: July 12, 2005                              LAW OFFICES OF LESLIE G.
9                                                    MCMURRAY

11                                                   By_____/S/   Leslie G. McMurray
                                                          Leslie G. McMurray
12                                                   Attorneys for Plaintiff BNSF RAILWAY
                                                     COMPANY

15  **IT IS SO ORDERED.**  This case is set for a telephonic scheduling conference on
16  **October 31, 2005 at 9:00 am.**

17  Dated:July12,2005                                _____/s/ Dennis L. Beck_____
                                                     UNITED STATES MAGISTRATE JUDGE

2
STIPULATION TO EXTEND DISCOVERY DEADLINES
SC1 17063230.1