1  SEYFARTH SHAW LLP
   Kurt A. Kappes (SBN 146384)
2  Kristine K. Blanco (SBN: 214250)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendants Archer Daniels Midland Company;
   ADM Milling Company; ADM Edible Bean Specialties, Inc.;
6  ADM Corn Processing

7

8                    UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10 | BNSF Railway Company                         ) Case No. 1:05-cv-00135-AWI-DLB
   |                                              )
11 |        Plaintiff,                            ) **STIPULATION AND ORDER SETTING**
   |                                              ) **FURTHER STATUS CONFERENCE**
12 |    v.                                        ) **FEBRUARY 1, 2006 AT 9:00 A.M.**
   |                                              ) **COURTROOM 5**
13 | ARCHER DANIELS MIDLAND COMPANY;              )
   | ADM MILLING COMPANY; ADM EDIBLE              )
14 | BEAN SPECIALTIES, INC.; ADM CORN             )
   | PROCESSING, and Roes 1-5, inclusive          )
15 |                                              )
   |        Defendants.                           )
16 |                                              )

17

18        This case involves a variety of billing issues in a variety of locations, the settlement of

19 which continues to be time-consuming and complex. In light of the significant progress the

20 parties have made, and are continuing to make, in settlement discussions in the above matter, the

21 parties stipulated to extend certain deadlines for discovery as follows:

22        BNSF's responses to ADM's outstanding discovery are now due on January 5, 2006. The

23 30(b)(6) deposition of BNSF is continued to January 13, 2006. ADM's responses to BNSF's

24 outstanding discovery are now due on January 17, 2006.

25 ///

26 ///

27 ///

28 ///

1

STIPULATION AND ORDER FOLLOWING FURTHER STATUS CONFERENCE
SC1 17066328.1

1    The parties further stipulate that all discovery will be stayed until December 28, 2005.

DATED: November 9, 2005                                        SEYFARTH SHAW LLP


                                                               By         /S/
                                                                   Kurt A. Kappes
                                                               Attorneys for Defendants Archer Daniels
                                                               Midland Company; ADM Milling
                                                               Company; ADM Edible Bean Specialties,
                                                               Inc.; ADM Corn Processing

DATED: November 9, 2005                                        LAW OFFICES OF LESLIE G.
                                                               MCMURRAY


                                                               By         /S/
                                                                   Leslie G. McMurray
                                                               Attorneys for Plaintiff BNSF RAILWAY
                                                               COMPANY


The Court hereby vacates all dates in the May 26, 2005 Scheduling Order.

This case is set for a telephonic scheduling conference on February 1, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

November 9, 2005

                                                                  /s/ Dennis L. Beck
                                                               UNITED STATES MAGISTRATE JUDGE