1 | LAW OFFICES OF LESLIE G. MCMURRAY
Leslie G. McMurray, S.B. No. 156263
2 | Magnolia Professional Building
12520 Magnolia Blvd., Suite 206
3 | Valley Village, California 91607
Telephone: (818) 505-9902
4 | Facsimile:  (818) 505-1366

5 | Attorneys for Plaintiff
THE BNSF RY. CO.
6 |

**FILED**

MAY - 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

7 |

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | BNSF RAILWAY COMPANY, a         ) CASE NO.  CV 00135 AWI (DLB)
Corporation,                    )
12 |                                 )
                  Plaintiff,     ) [Assigned to the Honorable Judge
13 |                                 ) Anthony W. Ishii]
         v.                      )
14 |                                 )
                                 ) BNSF'S REQUEST FOR DISMISSAL
15 | ARCHER DANIELS MIDLAND          ) AND ORDER THEREON
COMPANY; ADM MILLING            )
16 | COMPANY; ADM EDIBLE BEAN        )
SPECIALTIES, INC.; ADM CORN     )
17 | PROCESSING; and Roes 1-5, inclusive, )
                                 )
18 |                  Defendants    )
                                 )
19 | _____ )

20 |

21 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

22 |        PLAINTIFF BNSF RAILWAY COMPANY "BNSF" hereby informs the Court

23 | that BNSF and ADM have now entered into and fully executed a confidential release and

24 | settlement agreement which calls for the dismissal of this entire action with prejudice after

25 | its execution.  There is no counter-claim, cross claim or third party action on file in this

26 | matter. to be dismissed.  BNSF therefore hereby thanks the Court for its assistance in

27 | resolving the case and respectfully requests that this matter in its entirety be forthwith

28 | dismissed by this Court with prejudice.

1    BNSF further requests that the telephonic status conference before the Honorable

2  Magistrate Judge Dennis L. Beck currently calendared for Thursday May 4, 2006 be taken

3  off calendar.

4

5  Dated: June 13, 2005                            LAW OFFICES OF
                                                   LESLIE G. MCMURRAY
6

7                                                  /s/ Leslie G. McMurray

8                                                  _____
                                                   Counsel for Plaintiff
9                                                  BNSF RAILWAY COMPANY

10

11  _____

12

13                         [PROPOSED] ORDER OF DISMISSAL

14

15    The Court having read and reviewed the Request for Dismissal filed by plaintiff,

16  The BNSF Railway Company, ("BNSF"), and good cause appearing therefore, hereby

17  dismisses the above captioned action with prejudice.

18    The telephonic status conference scheduled with the Honorable Magistrate Judge

19  Dennis L. Beck on Thursday May 4, 2006 is hereby vacated.  This Order further directs

20  the clerk of this court to forward a copy of this order to the Honorable Magistrate Judge

21  Dennis L. Beck.

22    IT IS SO ORDERED.

23

24  Dated: April 28, 2006              By: _____
                                           Honorable Anthony W. Ishii
25

26

27

28

2

1                           **DECLARATION OF MAILING**

2

3          I, Leslie G. McMurray declare:

4          I am, and was at the time of service hereinafter mentioned, over the age of 18 years
and not a party to the within action.  My business address is 12520 Magnolia Blvd., Suite
5     206, Valley Village, California 91607-3446, and I am employed in the County of Los
Angeles, California.

6
           On April 26, 2006,  I served the document(s) described as **BNSF'S REQUEST FOR**
7     **DISMISSAL AND ORDER THEREON** by placing a true copy of the document(s) for
collection and deposit in the United States mail at 12520 Magnolia Blvd., Suite 206,
8     Valley Village, California 91607, in a sealed envelope, with postage thereon fully prepaid,
on the interested parties as follows:

9
      Kurt A. Kappes, Esq.
10    Seyfarth, Shaw LLP
      400 Capital Mall, Suite 2350
11    Sacramento, California 95814-4420
      (916) 558-0159 [Phone]
12    (916) 558-4839 [Fax]

13
           At the time of service, there was regular delivery of United States mail between the
14    place of deposit and the place of address.

15         I am familiar with the practice of The Law Offices of Leslie G. McMurray for the
collection and processing of correspondence for mailing with the United States Postal
16    Service.  In accordance with the ordinary course of business, the above-mentioned
document(s) would have been deposited with the United States Postal Service on April
17    26, 2006, the same day on which it was placed with The Law Offices of Leslie G.
McMurray for deposit.  I declare under penalty of perjury under the laws of the State of
18    California and of the United States that the foregoing is true and correct.

19         Executed on April 26, 2006, at Valley Village, California.

20
                                             /s/ Leslie G. McMurray
21                                     _____

22                                          Leslie G. McMurray

23

24

25

26

27

28
      C:\Documents and Settings\Administrator\My Documents\CLIENTS\BNSF\BNSF.076 (ADM)\PLEADrequestdis.one.wpd

                                                3